**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MAR'BELLA SANDOVAL, individually ) <br> And on behalf of all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SERCO, INC., ) <br> ) <br> Defendant. ) | No. 4:18-CV-01562 JAR |

## MEMORANDUM AND ORDER

On May 10, 2019, this Court granted in part Plaintiff's motion for conditional certification and certified a class of:

> **SERCO HOURLY EMPLOYEES WHO WORKED IN THE FOUR LOCATIONS THAT PROCESSED AFFORDABLE CARE ACT APPLICATIONS, SUCH AS THE GENERAL CLERK 2s, GENERAL CLERK 3s, LINGUISTS, PRODUCTION CONTROL CLERK, AND QUALITY CONTROL CLERK AND THOSE INDIVIDUALS WHO ARE PAID BY THE HOUR AND MUST TURN IN THE HOURS OVER THE DELTEK SYSTEM.**

The Court denied Plaintiff's motion as it related to class notice, finding that Plaintiff's counsel prematurely and unilaterally distributed notice to current and former Serco employees about this lawsuit and their opportunity to join through targeted ads on Facebook and on their website in an effort to circumvent the established notification procedure for opt-in collective actions. On Serco's motion, the Court struck all consent to join forms filed to date and dismissed those opt-in plaintiffs without prejudice. The parties were directed to confer on language for a curative notice and submit said notice for the Court's approval. The Court is in receipt of Plaintiff's Notice of Filing Agreed Curative Notice. (Doc. No. 74). Having reviewed the parties' submission, the Court will approve the proposed curative notice.

Accordingly,

**IT IS HEREBY ORDERED** that the notice filed as ECF No. 74-1, the exhibit to Plaintiff's Notice of Filing Agreed Curative Notice, shall serve as the curative notice in this case. Class counsel shall have **twenty-one (21) days** from the date of this Memorandum and Order to disseminate the curative notice to all opt-in plaintiffs dismissed from this action.

Dated this 4th day of June, 2019.

                                                       *John A. Ross*
                                           **JOHN A. ROSS**
                                           **UNITED STATES DISTRICT JUDGE**