UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAR'BELLA SANDOVAL, individually and on behalf of all others similarly situated, <br><br>    Plaintiffs, <br><br> v. <br><br> SERCO, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) Case No. 4:18-CV-01562 JAR ) ) ) ) ) |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on the parties' Joint Motion for Leave to File Memorandum in Support of Unopposed Motion for Approval of FLSA Settlement and Confidential Settlement Agreement Under Seal. (Doc. No. 167). In their motion, the parties assert that "[t]he Settlement Agreement … contains terms and provisions which, if disclosed on the record, would defeat important purposes of the Settlement Agreement, which was to resolve the Parties' disputes and claims in a confidential manner, without requiring the Parties to disclose in a public record the specific terms of their confidential settlement." (<u>Id</u>. at 2). After carefully considering the issue, the Court directed the parties to either (1) explain why a redacted version of the Settlement Agreement could not adequately preserve confidentiality or (2) publicly file a redacted version of the settlement agreement while filing the entire agreement under seal for this Court's consideration. (Doc. No. 170). The parties have filed a redacted version of the Settlement Agreement redacting the monetary terms of the settlement. (Doc. No. 171).

The Court has reviewed the parties' redactions and finds they strike a proper balance between the presumption of public access to judicial records and the public interest in encouraging settlement given the importance of the confidentiality provision to the integrity of their agreement. There is no general public interest in the precise settlement amount, see Hummel v. Bimbo Bakeries USA, Inc., No. 14-CV-03683-JSC, 2015 WL 13738406, at *3 (N.D. Cal. Sept. 21, 2015), and the public can be assured that the Court will review the settlement for fairness and reasonableness prior to final approval.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Leave to File Memorandum in Support of Unopposed Motion for Approval of FLSA Settlement and Confidential Settlement Agreement Under Seal [167] is **GRANTED in part** and **DENIED in part**.

Dated this 14th day of April, 2021.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**